**LEWIS BRISBOIS BISGAARD & SMITH LLP**
STEPHEN H. TURNER, SB# 89627
  E-Mail: Stephen.Turner@lewisbrisbois.com
PATRIK JOHANSSON, SB# 231769
  E-Mail: Patrik.Johansson@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for HARCOURTS PRIME PROPERTIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JORGE VALDES,<br><br>      Plaintiff,<br><br>   vs.<br><br>PREFERRED GROUP PROPERTIES, INC., a California Corporation dba HARCOURTS PRIME PROPERTIES,<br><br>      Defendants. | CASE NO. 8:20-CV-00469-JLS-DFM<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:   None Set |

**TO THE HONORABLE COURT:**

   Counsel for Plaintiff Jorge Valdes ("Plaintiff") and Defendant Preferred Group Properties, Inc. dba Harcourts Prime Properties ("Defendant") hereby notify this Court they have reached a settlement in this matter. This settlement will resolve all pending claims associated with this action, individually.

   The parties request this Court to vacate any future dates, and set a Settlement Disposition Conference in approximately 180-days. This will allow the parties to finalize the settlement agreement and file their Joint Motion for Dismissal.

4842-5279-7929.1

1
NOTICE OF SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED: May 10, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By:    /s/ Stephen H. Turner<br>STEPHEN H. TURNER |
| 4 | | Attorneys for HARCOURTS PRIME PROPERTIES |
| 5 | | |
| 6 | | |
| 7 | DATED: May 10, 2021 | KAUFMAN P.A. |
| 8 | | |
| 9 | | By:    /s/ |
| 10 | | Avi Kaufman |
| 11 | | Rachel Kaufman<br>Attorney for Plaintiff, JORGE VALDES |

4842-5279-7929.1

2
NOTICE OF SETTLEMENT

# FEDERAL COURT PROOF OF SERVICE
Valdes v. Harcourts Prime Properties - Case No. 8:20-cv-00469-JLS-DFM

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am a member of the bar of this Court.

On May 10, 2021, I served the following document(s): **NOTICE OF SETTLEMENT**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| Rachel E. Kaufman, Esq.<br>Kaufman P.A.<br>400 NW 26th Street<br>Miami, FL 33127<br>(305) 469-5881 Tel.<br>Rachel@kaufmanpa.com | Attorney for Plaintiff and Putative Classes |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on May 10, 2021, at Los Angeles, California.

                                         /s/
                                    Debbi Humphrey