# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JORGE VALDES,** individually and on behalf of all others similarly situated,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br><br>**PREFERRED GROUP PROPERTIES, INC.**,<br><br>　　　　　*Defendant*. | Case No. 8:20-cv-00469-JLS-DFM<br><br>**ORDER OF DISMISSAL** |

　　　Having considered the Parties' joint stipulation pursuant to Fed. R. Civ. 41(a)(1)(A)(ii) and for good cause appearing, the Court hereby orders that:

　　　(1)　This action is hereby dismissed with prejudice as to Plaintiff's individual claims;

　　　(2)　All putative class action allegations and claims in this action are

1

hereby dismissed without prejudice;

(3) No Party hereto shall be entitled to costs or attorneys' fees because of this Order of Dismissal;

(4) Pursuant to Fed. R. Civ. P. 23(e) and based on the factors identified in *Diaz v. Trust Territory of the Pacific Islands*, 876 F.2d 1401 (9th Cir. 1989), the above dismissal of the class allegations may be made, and hereby is made, without notice to the putative class; and

(5) This action is hereby dismissed on the terms outlined above.

Dated: August 20, 2021

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE